**Dismissed and Memorandum Opinion filed July 16, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00247-CV

### WAYNE TRAYWICK, Appellant

### V.

### HOUSTON FREIGHTLINER, INC., Appellee

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-84554**

## MEMORANDUM OPINION

This appeal is from a judgment signed March 15, 2024. The clerk's record was filed May 8, 2024. The court reporter informed this court that appellant has not requested nor paid for the reporter's record. On May 6, 2024, we notified appellant that unless appellant paid or made arrangements for the reporter's record within 15 days, this court would consider and decide those issues or points that do not require a reporter's record. Appellant did not respond.

On May 30, 2024, we issued an order stating that unless appellant filed a

brief within 30 days, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Spain and Poissant.